# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOE SWIFT and SANTANA BROWN,<br><br>    Plaintiffs,<br><br>v.<br><br>NEVADA SHORT and KTDS<br>TRUCKING SERVICES, LLC,<br><br>    Defendants. | No. 2:25-cv-02781-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed August 5, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 31), filed December 16, 2025, all claims by Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 16, 2025
Date